**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: **Jose De Jesus Basilio** | JOINT DEBTOR: **Iraida Fernandez** | CASE NO.: **16-21346** |
| Last Four Digits of SS# **xxx-xx-4785** | Last Four Digits of SS# **xxx-xx-4118** | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A.  $ **1,847.97** for months **1** to **12** ;
    B.  $ **1,761.43** for months **13** to **60** ;
    C.  $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ **6,775.00**   TOTAL PAID $ **3,500.00**
                  Balance Due $ **3,275.00** payable $ **272.92** /month (Months **1** to **12** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Ocwen Loan Servicing**
   **POB 24738**
   **WPB, FL 33418**
       MMM      $ **1,390.26** Mos (1 to 60 )
   Arrears Payment $ _____ /month (Months **0** to **0** )
   Account No: **xxxxxxxxx2833**      Regular Payment $ _____ /month (Months **0** to **0** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **American Servicing Co. 1 Home Campus Des Moines, IA 50328 (2nd mortgage) Acct #xxxxx9250** | **300 NW 107 Ave Unit 101 Miami, FL 33172 (non-homestead)** $ 127,788.00 | 0% | $ 0.00 | 0 To 0 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
  **-NONE-**     Total Due    $ _____
                    Payable    $ _____ /month (Months __ to __ )    Regular Payment $ _____

Unsecured Creditors: Pay $ **195.03** /month (Months **13** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

        **Special Intentions:**
        **Ally Financial: Debtor will pay claim directly.**
        **Caliber Home Loans: Debtor will pay claim directly.**
        **Laguna Club East Condominium: Debtor will pay claim directly.**
        **Santander Consumer USA: Debtor will pay claim directly.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Jose De Jesus Basilio | /s/ Iraida Fernandez |
|---|---|
| **Jose De Jesus Basilio** | **Iraida Fernandez** |
| Debtor | Joint Debtor |
| Date: **September 29, 2016** | Date: **September 29, 2016** |

**DIPROTER LLC**
7330 NW 12 STREET SUITE 202
DORAL, FL 33172
(786) 999-4141

JOSE D. BASILIO
13989 SW 17 TERRACE
MIAMI, FL 33175

| Employee: JOSE D. BASILIO | | | | | Employer: DIPROTER LLC | | |
|---|---|---|---|---|---|---|---|
| SSN: XXX-XX-4785 | W/H Status: Federal: 0-Married | | | | 7330 NW 12 STREET SUITE 202 | | |
| Check Number: 1055 | | | | | DORAL, FL 33172 | | |
| Check Date: 7/15/2016 | Period Begin: 6/16/2016 | Period End: 7/15/2016 | Hire Date: 01/06/2015 | | (786) 999-4141 | | |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 3500.00 | 24500.00 |
| **TOTAL GROSS PAY** | | | **3500.00** | **24500.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 232.25 | 1660.07 |
| Soc Sec Tax | 217.00 | 1519.00 |
| Medicare Tax | 50.75 | 355.25 |
| **TOTAL DEDUCTIONS** | **500.00** | **3534.32** |
| **NET PAY** | **3000.00** | **20965.68** |

---

| Employee: JOSE D. BASILIO | | | | | Employer: DIPROTER LLC | | |
|---|---|---|---|---|---|---|---|
| SSN: XXX-XX-4785 | W/H Status: Federal: 0-Married | | | | 7330 NW 12 STREET SUITE 202 | | |
| Check Number: 1055 | | | | | DORAL, FL 33172 | | |
| Check Date: 7/15/2016 | Period Begin: 6/16/2016 | Period End: 7/15/2016 | Hire Date: 01/06/2015 | | (786) 999-4141 | | |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 3500.00 | 24500.00 |
| **TOTAL GROSS PAY** | | | **3500.00** | **24500.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 232.25 | 1660.07 |
| Soc Sec Tax | 217.00 | 1519.00 |
| Medicare Tax | 50.75 | 355.25 |
| **TOTAL DEDUCTIONS** | **500.00** | **3534.32** |
| **NET PAY** | **3000.00** | **20965.68** |