UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Jose De Jesus Basilio__     JOINT DEBTOR: __Iraida Fernandez__     CASE NO.: __16-21346__
Last Four Digits of SS# __xxx-xx-4785__     Last Four Digits of SS# __xxx-xx-4118__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ __705.35__ for months __01__ to __01__ ;
B. $ __2,152.01__ for months __02__ to __36__ ;
C. $ __1,857.58__ for months __37__ to __60__ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __3500+2500=6,000__   TOTAL PAID $ __3,500.00__
                Balance Due    $ __2500__ payable $ __69.45__ /month (Months __01__ to __36__ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Ocwen Loan Servicing**
   POB 24738
   WPB, FL 33418
   Account No: __xxxxxxxx2833__
   
   TPP as of October    $ __1,302.00__ Months (02 to 60 )
   Arrears Payment $ _____ /month (Months __0__ to __0__ )
   Regular Payment $ _____ /month (Months __0__ to __0__ )

2. Americas Servicing Co
   Attention: Bankruptcy
   1 Home Campus
   Des Moines IA 50328
   Account No: __xxxxxxxx9250__
   
   Payoff at the time of filing    $ __24,476.96__
   Arrears at the time of filing   $ __10,310.24__
   Arrears Payment $ __171.84__ /month (Months __01__ to __60__ )
   Regular Payment $ __393.52__ /month (Months __01__ to __36__ )
   Regular Payment $ __2.95__ /month (Months __37__ to __60__ )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0% | $ 0.00 | 0 To 0 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
-NONE-     Total Due    $ _____
           Payable      $ _____ /month   (Months __ to __)   Regular Payment $ _____

Unsecured Creditors: Pay $ __195.03__ /month (Months __37__ to __60__ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-
**Assumed Contracts and/or Leases**
-NONE-

Special Intentions:
Ally Financial: Debtor will pay claim directly.
Caliber Home Loans: Debtor will pay claim directly.
Laguna Club East Condominium: Debtor will pay claim directly.
Santander Consumer USA: Debtor will pay claim directly.

LF-31 (rev. 01/08/10)
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Jose De Jesus Basilio | /s/ Iraida Fernandez |
|---|---|
| Jose De Jesus Basilio | Iraida Fernandez |
| Debtor | Joint Debtor |
| Date:  October 11, 2016 | Date:  October 11, 2016 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                                         Best Case Bankruptcy