RE: Jose De Jesus Basilio & Iraida Fernandez    **PRO SE**    Case # 16-21346-RAM

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

| | |
|---|---|
| ___ Tax returns:    Corp:2014-2015 | ___ Photo ID(s)    LF 90    LF67    LF10 |
| ✓ Bank Account Statements    3 months pre-petition | ___ Domestic Support Info: name address and phone |
| BK STMT#0706 (6/1-6/30) & #9727/8857 (5/17-5/19) | ✓ Affidavit of Rent or copy of Lease |
| | ✓ Insurance Policy |
| | ✓ Other provisions Income Verification Language |
| ___ Check copy | lawsuit (1st Citizens) |
| | ___ Plan does not fund |
| ___ Explain W/D | ___ Calculation errors/improper months |
| ___ FMV(NADA/Carmax), Reg and Payoff:Vehicles | ___ Valuation motion has not been filed |
| | ___ LMM/MMM motion not filed |
| ✓ FMV and (Payoff) Real Estate 250 | ___ Reaffirm, redeem or surrender Sch D & G creditor |
| | ___ Creditor on plan not listed in Schedules or no filed POC |
| ✓ Non homestead Information Sheet (300 & 250) | ___ Priority debt on Sch E not in plan |
| ✓ Wage deduction order or motion to waive | ✓ Object or Conform to Proof of Claim (CL#1 & 7) |
| **BUSINESS DEBTOR DOCUMENTS** (FOR ALL 3 BIZ) | ___ Miami-Dade County    ___ Tax Certificate(DE#___) |
| ✓ BDQ & attachments ✓ Profit & Loss ✓ Balance Sheet | ___ Dept of Revenue    ___ IRS |
| ✓ Bank statements and checks ✓ 3 months | AP TO PAY OCWEN FROM MONTH 1 |
| BPS, BASILIO & FEBAS INV. | |
| | ✓ Other: CEMETERY DOCS |

| | |
|---|---|
| ___ Fee application (see court guideline 6) | ___ **Objection to Exemption** (specifics to be filed) |
| ___ Income understated ___ stubs ___ taxes | ___ To be heard with confirmation at 1:30 pm |
| ___ co-debtor ___ stubs ___ taxes | ✓ Ch 7 s/b 175,565 — plus tax refund / valuations |
| ___ Spouse's pay advices/spouse's wages not disclosed | ___ Good faith to unsecured |
| ___ Proof of household size (government ID w/ address) | ✓ Expenses: documentation/calculation: CMI line |
| and income of all adults | 18, 25, 9- home or non hom |
| ___ Best effort < 36 months < 60 months | |
| ✓ Expenses objectionable: Sch J ☐ Provide Proof | |
| but over media | ___ CMI/DI ___ x 60 = ___ |
| ✓ D/I > 100% (<90%) Feasibility  m 37-60 | ☐ Plus income/expenses issues ☐ Trustee est. $___ |
| ___ Info on transfer SOFA ___ undisclosed | ___ Undervalued collateral should be crammed down |
| ___ Tolling Agreement(s) | |

Other: 1020 Crystal Way not on Schedules  list of properties "sold" since 2008.
Amway income -

Trustee reserves the right to raise additional objects until all requested documents are timely provided.

*IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.* **The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited.** *The debtor or debtor's attorney must appear at the confirmation hearing* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on __11-22-16__ to avoid dismissal**

**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027