**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __2nd__   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  **Jose De Jesus Basilio**     JOINT DEBTOR:  **Iraida Fernandez**     CASE NO.: **16-21346**
Last Four Digits of SS#  **xxx-xx-4785**     Last Four Digits of SS#  **xxx-xx-4118**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A.  $ **1,074.88**  for months **01** to **01** ;
- B.  $ **2,521.55**  for months **02** to **36** ;
- C.  $ **2,010.41**  for months **37** to **60** ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $ **3500+2500=6,000**     TOTAL PAID $ **3,500.00**
                 Balance Due  $ **2500**   payable $ **69.45** /month   (Months **01** to **36** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Ocwen Loan Servicing**
   **POB 24738**
   **WPB, FL 33418**        TPP as of October       $ **1,302.00** Months ( **02** to **60** )
                            Arrears Payment  $ _____ /month  (Months **0** to **0** )
   Account No:  **xxxxxxxx2833**   Regular Payment  $ _____ /month  (Months **0** to **0** )

2. Americas Servicing Co
   Attention: Bankruptcy
   1 Home Campus          Payoff at the time of filing   $ **24,547.64**
   Des Moines IA 50328    Arrears at the time of filing  $ **10,310.24**
                          Arrears Payment  $ **171.84** /month  (Months **01** to **60** )
                          Regular Payment  $ **393.52** /month  (Months **01** to **36** )
   Account No:  **xxxxxxxx9250**   Regular Payment  $ **2.95** /month  (Months **37** to **60** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0% | $ 0.00 | 0 To 0 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
  **-NONE-**        Total Due   $ _____
                    Payable     $ _____ /month   (Months __ to __ )    Regular Payment $ _____

Unsecured Creditors:  Pay $ **332.58** /month (Months **01** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. The debtor will modify the plan to provide for the distribution of funds recovered from his pending lawsuit which are not exempt to the unsecured creditors.

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

**Special Intentions:**
**Ally Financial: Debtor will pay claim directly.**
**Caliber Home Loans: Debtor will pay claim directly.**

LF-31 (rev. 01/08/10)

**Laguna Club East Condominium: Debtor will pay claim directly.**
**Santander Consumer USA: Debtor will pay claim directly.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Jose De Jesus Basilio | /s/ Iraida Fernandez |
|---|---|
| **Jose De Jesus Basilio** | **Iraida Fernandez** |
| Debtor | Joint Debtor |
| Date: **November 30, 2016** | Date: **November 30, 2016** |