UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Jose de Jesus Basilio
    Iraida Fernandez              Case No. 16-21346-RAM
                                                   Chapter 13

          **Debtor(s).**   /

### EX-PARTE MOTION TO APPROVE MORTGAGE MODIFICATION AGREEMENT WITH OCWEN LOAN SERVICING

COMES NOW, Jose de Jesus Basilio and Iraida Fernandez, the Debtors, by and through undersigned counsel and request that the Court enter an Order approving the Permanent Modification Agreement with Ocwen Loan Servicing ("Lender") and states as follows:

1. The Debtors filed for relief under Chapter 13 of the Bankruptcy Code on August 17, 2016.

2. The Debtor received a trial modification of their loan with Ocwen Loan Servicing for their real property located at 300 NW 107th Ave Apt 101 Miami, FL 33172.

3. Attached is a copy of the Agreement entered into between the parties (with all personal identifiers redacted).

4. Pursuant to the terms of the permanent modification agreement, the debtor will commence payments directly to the Lender effective August 1, 2017.

5. The Debtors seek approval of their loan modification and submits that no parties in interest will be prejudiced by the requested relief.

MMM-LF-14 (rev. 04/01/15)

**WHEREFORE,** the Debtors request the Motion to Approve Permanent Mortgage Modification Agreement with Ocwen Loan Servicing("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Approve Mortgage Modification Agreement with Ocwen Loan servicing, was sent this 14th day of August, 2017, via CM/ECF to all parties eligible to receive electronic notice and to all parties on the service list below.

**MARRERO, CHAMIZO, MARCER LAW L.P.**
Attorneys for Debtors
3850 Bird Road, Suite 903
Coral Gables, FL  33146
Tel: (305) 446-0163
Fax: (305) 444-5538
E-mail: bankruptcy@marrerorealestatelaw.com
By:  /s/ Julio Marrero, Esq.
Julio Marrero, Esq.
Fl Bar No. 784664

Special Service List:

**Nancy K. Neidich,**
PO BOX 279806
Hollywood, FL 33027

**OCWEN LOAN SERVICING, LLC.**
1661 Worthington Rd, Ste 100
West Palm Beach, FL. 33409

**OCWEN LOAN SERVICING, LLC.**
C/o Ronald M. Faris, President
1661 Worthington Rd, Ste 100
West Palm Beach, FL. 33409