UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                  Case No. 16-21346-RAM

Jose de Jesus Basilio                                          Chapter 13
Iraida Fernandez


_____Debtor(s)._____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** Jose de Jesus Basilio and Iraida Fernandez (the "Debtors") by and through the undersigned counsel and pursuant to 11 U.S.C. § 1127(b) hereby file this Motion to Modify Chapter 13 Plan and in support thereof states:

1. The Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on **August 17, 2016.**

2. The Debtor was approved and obtain a Final Loan Modification shortly after the filing of the instant case on their investment property located at _300 NW 107 Ave Unit 101 Miami, FL 33172_ held by Ocwen Loan Servicing (hereinafter "Lender"), said modification was approved by this Court on **August 16, 2017** [DE. 97].

3. On **January 31, 2018** the court approved the Second Modified Plan [2MP DE.106], which had direct payment language regarding Ocwen Loan Servicing.

4. Unfortunately, the Debtors fell behind with their mortgage payments and after much attempts have not been able to gather a lump sum amount needed to cure the arrearage in order to become current.

5. As such, the Debtors would like to Modify their plan to cure and maintain their mortgage payment to Ocwen Loan Servicing via their Chapter 13 Plan.

6. The Debtor seeks this modification in good faith and submits that no parties in interest will be prejudiced by the requested relief.

**WHEREFORE**, the Debtor respectfully requests that this court enter an order granting and approving the modification of debtor's Chapter 13 Plan.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that** a true and correct copy of the foregoing Motion to Modify Chapter 13 Plan was sent via CM/ECF to all parties eligible to receive electronic notice and via regular U.S. Mail to all parties on the attached matrix on this 10th day of July, 2018.

**MARRERO, CHAMIZO, MARCER, LAWL.P.**
Attorneys for Debtors
3850 Bird Road
Penthouse 1
Coral Gables, FL 33146
Tel: (786) 431-2770
Fax: (305) 444-5538
E-mail: bankruptcy@marrerorealestatelaw.com

By: /s/ Julio Marrero
Julio Marrero, Esq.
FBN: 784664