UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☒ 3rd _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Jose De Jesus Basilio    JOINT DEBTOR: Iraida Fernandez    CASE NO.: 16-21346
SS#: xxx-xx-4785                  SS#: xxx-xx-4118

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ☒ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,585.07     for months    1    to    23    ;
2. $4,458.04     for months    24   to    24    ;
3. $3,765.69     for months    25   to    60    ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $7000.00 | Total Paid: | $3500.00 | Balance Due: | $3500.00 |
|---|---|---|---|---|---|
| Payable | $114.31 | /month (Months 1 to 23 ) | | | |
| Payable | $870.78 | /month (Months 24 to 24 ) | | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
Chapter 13 $3500; MMM $2500; (2)MTM $500

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE
[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Ocwen Loan Servicing
   Address: PO BOX 24738      Arrearage/ Payoff on Petition Date    26,000.00
   West Palm Beach, FL        Arrears              $702.70    /month (Months 24 to 60 )
   33416
   Last 4 Digits of _____    Regular Payment     $1,676.47   /month (Months 24 to 60 )

LF-31                                   Page 1 of 4

Debtor(s): Jose De Jesus Basilio, Iraida Fernandez    Case number: 16-21346

Account No.: 2833

Other: _____

☒ Real Property

   ☐ Principal Residence

   ☒ Other Real Property

Check one below for Real Property:

   ☒ Escrow is included in the regular payments

   ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:
300 NW 107th Ave Apt 101
Miami, FL 33172

☐ Personal Property/Vehicle

Description of Collateral: _____

2. Creditor: Veripro Solutions, INC

   Address: PO BOX 3244
   Coppell, TX 75019

Arrearage/ Payoff on Petition Date    24,547.64

Payoff Amount    $323.61    /month (Months  1  to  23 )

Payoff Amount    $462.29    /month (Months  24  to  60 )

Last 4 Digits of Account No.: 6283

Other: _____

☒ Real Property

   ☐ Principal Residence

   ☒ Other Real Property

Check one below for Real Property:

   ☐ Escrow is included in the regular payments

   ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:
300 NW 107th Ave Apt 101
Miami, FL 33172

☐ Personal Property/Vehicle

Description of Collateral: _____

B. **VALUATION OF COLLATERAL:**    ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☒ NONE

2. **VEHICLES(S):** ☒ NONE

3. **PERSONAL PROPERTY:** ☒ NONE

C. **LIEN AVOIDANCE** ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ☒ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ☐ NONE

   ☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the clebtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. Caliber Home Loans | 8976 | 13989 SW 17 Terr Miami, FL 33175 |

Debtor(s): Jose De Jesus Basilio, Iraida Fernandez    Case number: 16-21346

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 2. | Laguna Club East Condominium | 0101 | 300 NW 107 Ave Unit 101 Miami, FL 33172 |
| 3. | Santander Consumer USA | 6701 | 2015 Nissan Murano 12,000 miles<br>Value Based on CarMax<br>vin 5N1AZ2MG8FN248288 |

**IV.** **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

    **A.** **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

    **B.** **INTERNAL REVENUE SERVICE:** ☒ NONE

    **C.** **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

    **D.** **OTHER:** ☒ NONE

**V.** **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    **A.** Pay $448.24 /month (Months 1 to 23 )

        Pay $300.00 /month (Months 24 to 24 )

        Pay $547.66 /month (Months 25 to 60 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C.** **SEPARATELY CLASSIFIED:** ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.**

    ☒ NONE

**VII.** **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

    ☐ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

    ☒ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

    ☐ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**VIII.** **NON-STANDARD PLAN PROVISIONS** ☒ NONE

Debtor(s): Jose De Jesus Basilio, Iraida Fernandez    Case number: 16-21346

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Jose De Jesus Basilio | Debtor | July 10, 2018 | /s/ Iraida Fernandez | Joint Debtor | July 10, 2018 |
|---|---|---|---|---|---|
| Jose De Jesus Basilio | | Date | Iraida Fernandez | | Date |

/s/ Julio C. Marrero, Esq.         July 10, 2018
Attorney with permission to sign on         Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**