# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 16-21346-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

JOSE DE JESUS BASILIO
IRAIDA FERNANDEZ

DEBTORS_____/

## NOTICE CONTINUING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

**YOU ARE HEREBY NOTIFIED** that the Debtor's Motion to Modify Confirmed Plan has been continued to **September 18, 2018** at **9:00 AM** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 4, MIAMI, FL 33128**.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice Continuing Debtor's Motion to Modify Confirmed Plan was mailed to those parties listed on this 20th day of August, 2018.

_/s/ Nancy K. Neidich_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE CONTINUING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN
CASE NO.:  16-21346-BKC-RAM

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTORS**
JOSE DE JESUS BASILIO
IRAIDA FERNANDEZ
13989 SW 17TH TERR
MIAMI, FL  33175

**ATTORNEY FOR DEBTORS**
JULIO C. MARRERO, ESQUIRE
3850 BIRD ROAD
PENTHOUSE 1
CORAL GABLES, FL  33146

**JULIO C. MARRERO, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.