UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Jose de Jesus Basilio
    Iraida Fernandez                    Case No. 16-21346-RAM
                                                 Chapter 13

_____**Debtor(s).**_____/

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, Margaret E Kepler, attorney for creditor First Citizens Bank files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, and orders shall be sent to:

Busch Slipakoff Mills & Slomka LLC
c/o Margaret E. Kepler, Esq.
319 Clematis St Ste 109
West Palm Beach, Florida 33401-4615

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Change of Address, was sent this October 7, 2019, via CM/ECF to all parties eligible to receive electronic notice and to all parties on the service list below.

/s/ Margaret E. Kepler
Margaret E. Kepler
Florida Bar No.: 59118
Busch Slipakoff Mills & Slomka LLC
319 Clematis St Ste 109
West Palm Beach, Florida 33401-4615
Telephone: 954.361.5341
Facsimile: 954.440.2110
Email: mk@bsms.law
Attorney for First Citizens Bank

Special Service List:

**MARRERO, CHAMIZO, MARCER LAW LP**
c/o Julio Marrero, Esq.
Attorneys for Debtors
3850 Bird Road, Suite 903 Coral Gables, FL 33146

**Nancy K. Neidich,**
PO BOX 279806
Hollywood, FL 33027

**OCWEN LOAN SERVICING, LLC.**
1661 Worthington Rd, Ste 100 West Palm Beach, FL. 33409

**OCWEN LOAN SERVICING, LLC.**
C/o Ronald M. Faris, President 1661 Worthington Rd, Ste 100 West Palm Beach, FL. 33409